USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**TOWHID AHMOD,**

**Petitioner,**

**-against-**

**TODD BLANCHE, et al.,**

**Respondents.**

---------------------------------------------------------------X

**26-cv-06265 (SN)**

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

On September 14, 2026, Plaintiff provided notice that he wishes to voluntarily dismiss this action without prejudice because he has received the relief he sought. See ECF No. 13. Accordingly, the case is dismissed without prejudice. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 24, 2026
New York, New York